# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH MICHAEL DEVON ENGEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20-cv-01833-RLW |
| | ) | |
| ERDCC, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the civil action filed by self-represented litigant Joseph Michael Devon Engel. (Docket No. 1). The complaint is not on a Court-provided form, as required. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Furthermore, the complaint appears to be missing one or more pages, as it references a "front sheet" containing the identities of "29 defendants" and his "Statement of Claim." The "front sheet," however, was not submitted to the Court. Additionally, plaintiff has not filed a separate motion for leave to proceed in forma pauperis, or provided a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2).

Plaintiff will be directed to file an amended complaint on a Court form, which will be provided to him. He will also be ordered to either file a motion for leave to proceed in forma pauperis, or pay the filing fee. If plaintiff elects to file a motion for leave to proceed in forma pauperis, he must provide a copy of his inmate account statement for the six-month period preceding the filing of his complaint. The Court will give plaintiff thirty days in which to respond. If plaintiff does not comply with this order, the Court will dismiss this action without prejudice and without further notice.

Accordingly,

**IT IS  HEREBY ORDERED** that the Clerk of Court shall send to plaintiff a copy of the Court's prisoner civil rights complaint form.

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court-provided form within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if plaintiff does not file an amended complaint on the Court-provided form within **thirty (30) days** of the date of this order, this action will be dismissed without prejudice and without further notice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send to plaintiff a copy of the Court's motion for leave to proceed in forma pauperis form.

**IT IS FURTHER ORDERED** that plaintiff shall either file a motion for leave to proceed in forma pauperis or pay the full filing fee within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if plaintiff fails to either file a motion for leave to proceed in forma pauperis or pay the full filing fee within **thirty (30) days** of the date of this order, this action will be dismissed without prejudice and without further notice.

**IT IS FURTHER ORDERED** that if plaintiff files a motion for leave to proceed in forma pauperis, he must include a copy of his certified inmate account statement for the six-month period immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that upon receipt of plaintiff's amended complaint, the Court will review it pursuant to 28 U.S.C. § 1915.

Dated this 25th of February, 2021.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE